UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED 2022 AUG 11 PM 2:56
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-128-PGB-EJK
18 U.S.C. § 922(a)(1)(A)

CHARLES EDWARD PALMATIER
a/k/a "Chuck"

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning in or about January 2021, and continuing through in or about June 2022, in the Middle District of Florida, the defendant,

CHARLES EDWARD PALMATIER,
a/k/a "Chuck,"

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D), and 18 U.S.C. § 2.

### FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a) Smith & Wesson, .38 special revolver with serial no. CVS7651;

    b) Smith & Wesson, .22 caliber pistol with serial no. TAD6840;

    c) Savage (Revelation), 12 gauge shotgun with serial no. P847670;

    d) Winchester, 30-30 rifle with serial no. 3049697;

    e) Mauser, .308 caliber rifle with serial no. 10304-12;

    f) Hatfield, 12 gauge shotgun with serial no. 12A18-000616;

    g) Taurus, .380 caliber pistol with serial no. KLC71590;

    h) Ruger, .22 caliber pistol with serial no. 22438666;

    i) Rossi, .38 special revolver, with serial no. AA362901;

    j) Walther, 7.65 mm pistol with serial no. 385169;

    k) Sig Sauer, 9mm pistol with partial serial no. 2B074295;

    l) Marlin, 30 caliber rifle with serial no. 7203;

    m) Hatfield, .410 gauge shotgun with serial no. 410S21-006265;

    n) Marlin, .30 caliber rifle with serial no. 327130;

    o) Smith & Wesson, .38 special revolver with serial no. ADR7676;

    p) Winchester, 12 gauge shotgun with serial no. 358334;

    q) Mossberg (Western Field), .22 caliber rifle with serial no. 486781;

r) Western Field pistol with serial no. 48678; and

s) assorted ammunition;

all of which were seized from the defendant's residence and vehicle on June 29, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Michael Felicetta
Assistant United States Attorney
Chief, Orlando Division